IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CIE, BAYER PHARMA AG and BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON LABORATORIES, INC., and ACTAVIS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. _____ ) ) ) ) ) ) |

**PLAINTIFFS MERCK & CIE, BAYER PHARMA AG,
AND BAYER HEALTHCARE PHARMACEUTICALS INC.'S
<u>FED. R. CIV. P. 7.1 STATEMENT</u>**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiffs Merck & Cie, Bayer Pharma AG and Bayer HealthCare Pharmaceuticals Inc. hereby state:

1. Merck & Cie is a wholly owned subsidiary of Merck KGaA.

2. Bayer Pharma AG, and Bayer HealthCare Pharmaceuticals Inc. are wholly owned subsidiaries of Bayer AG, a publicly traded company. Information about Bayer AG's ownership structure is reported at: http://www.investor.bayer.com/en/stock/ownership-structure/.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Adam K. Mortara
J. Scott McBride
Asha L.I. Spencer
BARTLIT BECK HERMAN
  PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60654
(312) 494-4400

July 23, 2013