IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CIE, BAYER PHARMA AG and BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 13-1272-RGA ) ) ) ) ) ) ) |

## WATSON LABORATORIES, INC.'S
## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned hereby certifies that Defendant Watson Laboratories, Inc. is a wholly-owned subsidiary of Actavis, Inc., a publicly-traded corporation.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
| Steven A. Maddox <br> Jeremy E. Edwards <br> Andrea L. Cheek <br> KNOBBE, MARTENS, OLSON <br>   & BEAR, LLP <br> 1717 Pennsylvania Avenue, NW, Suite 900 <br> Washington, DC  20006 <br> Tel:  (202) 640-6400 <br><br> Dated:  August  19, 2013 <br> 1119389 / 40541-001 | By:  */s/ David E. Moore* <br>      Richard L. Horwitz (#2246) <br>      David E. Moore (#3983) <br>      Bindu A. Palapura (#5370) <br>      Hercules Plaza, 6th Floor <br>      1313 N. Market Street <br>      Wilmington, DE  19801 <br>      Tel:  (302) 984-6000 <br>      rhorwitz@potteranderson.com <br>      dmoore@potteranderson.com <br>      bpalapura@potteranderson.com <br><br> *Attorneys for Defendant* <br> *Watson Laboratories, Inc.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 19, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 19, 2013, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Jack Blumenfeld | Adam K. Mortara |
| Rodger D. Smith II | J. Scott McBride |
| Morris, Nichols, Arsht & Tunnel LLP | Asha L.I. Spencer |
| 1201 North Market Street | Bartlit Beck Herman Palenchar |
| P. O. Box 1347 | & Scott LLP |
| Wilmington, DE 19899 | 54 West Hubbard Street, Suite 300 |
| jblumenfeld@mnat.com | Chicago, IL 60654 |
| rsmith@mnat.com | adam.mortara@bartlit-beck.com |
| | scott.mcbride@bartlit-beck.com |
| | asha.spencer@bartlit-beck.com |

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

1117780 / 40541-001