# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

October 21, 2013

The Honorable Richard G. Andrews        *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801-3555

    Re:    *Merck & Cie, et al. v. Watson Laboratories, Inc.*,
            C.A. No. 13-1272 (RGA) and 13-978 (RGA)

Dear Judge Andrews:

    Attached is a proposed Scheduling Order including the dates discussed during the October 11, 2013 scheduling conference. If it meets with the Court's approval, we request that it be entered.

                              Respectfully,

                              /s/ Jack B. Blumenfeld

                              Jack B. Blumenfeld (#1014)

JBB/dlw
Attachment
cc:    Clerk of Court (Via Hand Delivery; w/encl.)
        All Counsel of Record (Via Electronic Mail; w/ encl.)