IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK & CIE, BAYER PHARMA AG and BAYER HEALTHCARE PHARMACEUTICALS INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 13-978-RGA |
| WATSON LABORATORIES, INC., and ACTAVIS, INC., | ) ) ) | |
| Defendants. | ) ) | |
| MERCK & CIE, BAYER PHARMA AG and BAYER HEALTHCARE PHARMACEUTICALS INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 13-1272-RGA |
| WATSON LABORATORIES, INC., and ACTAVIS, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATION AND ORDER EXTENDING DATES

This stipulation is made by and between Plaintiffs Merck & Cie, Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendant Watson Laboratories, Inc. ("Watson"). Pursuant to Local Rule 16.4, the parties file this stipulation requesting an extension of dates entered in the October 22, 2013 Scheduling Order 13-978 (D.I. 21) and 13-1272 (D.I. 20).

The parties respectfully ask the Court to extend the following dates:

|  | Current | Proposed |
|---|---|---|
| Joinder of Parties | April 23, 2014 | May 2, 2014 |
| Close of Fact Discovery | June 13, 2014 | July 11, 2014 |
| Opening Expert Reports | August 1, 2014 | August 22, 2014 |
| Rebuttal Expert | August 29, 2014 | September 19, 2014 |
| Reply Expert | September 19, 2014 | October 10, 2014 |
| End of Expert Discovery | October 17, 2014 | November 7, 2014 |
| Daubert Motions | October 31, 2014 | November 21, 2014 |

IT IS SO STIPULATED.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com

OF COUNSEL:

Adam K. Mortara
J. Scott McBride
Asha L.I. Spencer
Rebecca T. Horwitz
**BARTLETT BECK HERMAN PALENCHAR & SCOTT LLP**
54 West Hubbard Street
Suite 300
Chicago, IL  60654

*Attorneys for Plaintiffs*
*Merck & Cie, Bayer Pharma AG, and*
*Bayer Healthcare Pharmaceuticals Inc.*

Dated:   April 23, 2014

POTTER ANDERSON CORROON LLP

By: */s/ Richard L. Horwitz*
Richard Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, Delaware 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

OF COUNSEL:

Steven A. Maddox
Jonathan E. Bachand
Jeremy E. Edwards
Andrea Cheek
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1717 Pennsylvania Avenue, NW, Suite 900
Washington, DC  20006
(202) 640-6400

*Attorneys for Defendants*
*Watson Laboratories, Inc., and Actavis, Inc.*

**SO ORDERED,** this _____ day of _____, 2014.

_____
United States District Judge

1150319 / 40541