IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CIE, BAYER PHARMA AG and BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON LABORATORIES, INC., <br><br> Defendant. | C.A. No. 13-978 (RGA) |
| MERCK & CIE, BAYER PHARMA AG and BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON LABORATORIES, INC., <br><br> Defendant. | C.A. No. 13-1272 (RGA) |

**STIPULATION REGARDING
AUTHENTICITY OF BUSINESS RECORDS**

Plaintiffs Merck & Cie, Bayer Pharma AG, and Bayer HealthCare Pharmaceuticals Inc. and Defendant Watson Laboratories, Inc. (collectively "Parties") hereby stipulate and agree as follows:

1. The Parties agree that neither side shall require the other to lay a business record foundation for the introduction of documents produced in discovery (including third party productions) unless it has a good faith belief that the exhibit was not a document created and maintained in the ordinary course of business.

2.  The Parties agree that neither side shall object on authenticity grounds to documents produced in discovery (including third party productions) unless it has a good faith belief that the exhibit is not authentic.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ Richard L. Horwitz* |
| Jack B. Blumenfeld (#1014) | Richard L. Horwitz (#2246) |
| Rodger D. Smith II (#3778) | David E. Moore (#3983) |
| Derek J. Fahnestock (#4705) | Bindu A. Palapura (#5370) |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 North Market Street |
| Wilmington, DE  19899 | Wilmington, DE  19801 |
| (302) 658-9200 | (302) 984-6000 |
| jblumenfeld@mnat.com | rhorwitz@potteranderson.com |
| rsmith@mnat.com | dmoore@potteranderson.com |
| dfahnestock@mnat.com | bpalapura@potteranderson.com |
| OF COUNSEL: | OF COUNSEL: |
| Adam K. Mortara | Steven A. Maddox |
| J. Scott McBride | Jonathan E. Bachand |
| Andrew C. MacNally | Jeremy E. Edwards |
| Asha L.I. Spencer | Andrea L. Cheek |
| Rebecca T. Horwitz | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Katharine A. Roin | 1717 Pennsylvania Avenue, NW, Suite 900 |
| BARTLIT BECK HERMAN  PALENCHAR & SCOTT LLP | Washington, DC  20006 (202) 640-6400 |
| 54 W. Hubbard Street, Suite 300 | |
| Chicago, IL  60654 | Christie R.W. Matthaei |
| (312) 494-4400 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| | 925 Fourth Avenue, Suite 2500 |
| *Attorneys for Plaintiffs* | Seattle, WA  98101 |
| *Merck & Cie, Bayer Pharma AG and Bayer HealthCare Pharmaceuticals Inc.* | (206) 405-2000 |
| | *Attorneys for Defendant* |
| | *Watson Laboratories, Inc.* |

November 19, 2014
8685121