IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK & CIE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 13-978-RGA |
| | : | |
| WATSON LABORATORIES INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| MERCK & CIE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 13-1272-RGA |
| | : | |
| WATSON LABORATORIES INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER AFTER PRETRIAL CONFERENCE**

Now, this 8 day of May, 2015, after a pretrial conference, and upon consideration of the proposed pretrial order and the discussion at the pretrial conference, IT IS HEREBY ORDERED that:

1. The Proposed Pretrial Order is **ADOPTED** as modified by any discussion at the pretrial conference.

2. A non-jury trial will begin on May 18, 2015 at 8:30 a.m. Each party should be prepared to present its case until 5:00 p.m. of each trial day, although the end of the trial day may, in the discretion of the Court, be earlier than 5:00 p.m.

3. The trial is timed. Each side is allowed **ten** hours for its opening statement and its direct and cross-examination of witnesses. Time during the trial day that does not neatly fit into one of those categories will be attributed to one side or the other as the Court thinks most appropriate. The Court will hold closing argument on May 21, 2015, at 10 a.m., with each side allotted 45 minutes for argument.

4. Trial counsel are to be present and ready to proceed at 8:30 a.m. each and every day of trial. **COUNSEL SHOULD UNDERSTAND THAT THERE MAY BE LONG LINES (PARTICULARLY WHEN A JURY IS BEING SELECTED) TO ENTER THE COURTHOUSE AND SHOULD PLAN ACCORDINGLY.** There will be an hour for lunch and a fifteen-minute break in both the morning and the afternoon.

5. Defendant's two motions in limine are **RESOLVED** as stated on the record at the pretrial conference.

6. Any trial logistics should be coordinated through the Courtroom Deputy.

*/s/ Richard G. Andrews*
United States District Judge