# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 fax

**Derek J. Fahnestock**
(302) 351 9347
(302) 498 6238 fax
dfahnestock@mnat.com

July 22, 2015

The Honorable Richard G. Andrews*VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:Merck & Cie, et al. v. Watson Laboratories, Inc.,
C.A. Nos. 13-978 (RGA) and 13-1272 (RGA)

Dear Judge Andrews:

At the time Plaintiffs submitted their Post-Trial Response Brief in these matters, the final trial transcript had not yet been issued. Some of Plaintiffs' citations to the trial transcript have changed with the issuance of the final transcript. To correct this, Plaintiffs hereby submit their Corrected Post-Trial Response Brief with the updated transcript citations. No substantive changes were made to the brief, and the exhibits to the brief are unchanged. See Exhibit 1, Plaintiffs' Corrected Post-Trial Response Brief (Redline).

Watson consents to filing of this corrected brief.

Plaintiffs respectfully request that the Court consider their Corrected Post-Trial Response Brief in lieu of the brief filed July 2, 2015.

Respectfully,

*/s/ Derek J. Fahnestock*

Derek J. Fahnestock (#4705)

DJF/dla
Enclosures
cc:Clerk of Court (Via Hand Delivery; w/ encls.)
All Counsel of Record (Via Electronic Mail; w/ encls.)